No. 81–6813. ELLEDGE *v.* FLORIDA. Sup. Ct. Fla.; No. 82–5317. BERRYHILL *v.* GEORGIA. Sup. Ct. Ga.; No. 82–5348. RILEY *v.* FLORIDA. Sup. Ct. Fla.; and No. 82–5373. BROWN *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County. Certiorari denied. Reported below: No. 81–6813, 408 So. 2d 1021; No. 82–5317, 249 Ga. 442, 291 S. E. 2d 685; No. 82–5348, 413 So. 2d 1173.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–393. WESTERN ELECTRIC CO., INC. *v.* HILL ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL would grant the petition for certiorari, vacate the judgment, and remand the case for further consideration in light of *General Telephone Co. of Southwest* v. *Falcon*, 457 U. S. 147 (1982).

No. 82–399. SPAN-DECK, INC. *v.* FABCON, INC., ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–5083. MCDOWELL *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.